IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CAPITAL LIGHTING AND
SUPPLY, LLC,

    Plaintiff,

v.                                    CIVIL NO. JKB-17-3765

KENNETH L. WIRTZ, et al.,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the Amended Counterclaim filed against Capital Lighting and Supply, LLC, by Sibel Sales, Inc. (ECF No. 63), Capital Lighting's Motion to Dismiss the Original Counterclaim (ECF No. 62) is DENIED AS MOOT, without prejudice.

DATED this 17th day of October, 2018.

BY THE COURT:

_____
James K. Bredar
Chief Judge